UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 25-3983 (TNM) |

## **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b) and this Court's Standing Order, ¶ 9, Defendants the U.S. Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, the U.S. Drug Enforcement Agency, the Federal Bureau of Investigation, U.S. Marshals Service, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, U.S. Secret Service, U.S. Customs and Border Protection, U.S. Department of Defense, U.S. Park Police, and Internal Revenue Service (collectively, "Defendants"), respectfully move for a thirty-day extension of Defendants' time to answer or otherwise respond to Plaintiff's Complaint, ECF No. 1, to January 28, 2026. A proposed order is attached.

In support of this request, Defendants state as follows:

1. The U.S. Attorney's Office was served in this Freedom of Information Act ("FOIA") matter on November 24, 2025, and Defendants' deadline for responding is currently December 29, 2025.[1]

---

[1] The deadline was originally December 24, 2025, but Defendants understand that this Court will be closed on December 24 and December 26, 2025, in addition to December 25, 2025.

2. No previous extensions have been sought in this matter by either party.

3. Good cause exists for this extension because the undersigned requires additional time to identify and coordinate with agency counsel for each of the twelve defendants named in this FOIA action, which pertains to twelve distinct FOIA requests.

4. The requested extension would not affect any other deadlines in this case.

5. Defendants are aware that, pursuant to this Court's Standing Order, ¶ 9(A), motions for an extension of time must be filed at least four business days prior to the first affected deadline, and acknowledge that this motion is not in compliance with that requirement. However, the undersigned respectfully submits that an exception to this requirement is warranted here, where the undersigned was only assigned to the instant matter on December 19, 2025 and therefore was unable to comply.

6. The undersigned conferred with counsel for Plaintiff, who advised that he does not oppose this motion.

Dated: December 22, 2025

Respectfully submitted,

    */s/ Andrew J. Vaden*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 25-3983 (TNM) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Extend Time to Respond, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants shall respond to Plaintiff's Complaint by January 28, 2026.

SO ORDERED.

Dated: _____

_____
TREVOR N. MCFADDEN
United States District Judge