IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-3983 |

### NOTICE OF VOLUNTARY DISMISSAL AS TO COUNT V

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff CREW hereby gives notice of its voluntary dismissal as to Count V of its complaint. CREW dismisses Count V of its complaint in reliance on Defendants' counsel's representation that, upon dismissal of Count V, IRS agrees to promptly assign a Privacy, Governmental Liaison and Disclosure (PGLD) case worker to process the FOIA request at issue, initiate a search, and regularly update CREW on the status of the search and review.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Alex M. Goldstein*
Alex M. Goldstein (D.C. Bar No. 90005086)
Kayvan A. Farchadi (D.C. Bar No. 1672753)
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
(202) 408-5565
agoldstein@citizensforethics.org
kfarchadi@citizensforethics.org

*Counsel for Plaintiff*