UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>       Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>       Defendants. | Civil Action No. 25-3983 (TNM) |

### DEFENDANT U.S. DRUG ENFORCEMENT ADMINISTRATION'S MOTION TO EXTEND TIME TO RESPOND

Pursuant to Federal Rule of Civil Procedure 6(b) and this Court's Standing Order, ¶ 9, Defendant U.S. Drug Enforcement Administration ("DEA") respectfully moves for a thirty-day extension of DEA's time to answer or otherwise respond to Plaintiff's Complaint, ECF No. 1, to February 27, 2026. A proposed order is attached.

In support of this request, Defendant DEA states as follows:

1. The U.S. Attorney's Office was served in this Freedom of Information Act ("FOIA") matter on November 24, 2025, and Defendants' deadline for responding was originally December 29, 2025.

2. This Court subsequently granted Defendants' unopposed motion for a thirty-day extension of its deadline to answer or otherwise respond in this case, bringing the deadline to January 28, 2026.

3. DEA respectfully submits that good cause exists for this extension because DEA requires additional time to prepare its response to Plaintiff's Complaint.

- 2 -

4. The requested extension would not affect any other deadlines in this case, and would not affect the January 28, 2026 answer deadline for the other Defendants.

5. This motion complies with this Court's requirement that a motion for extension be submitted at least four business days in advance of the first affected deadline.

6. The undersigned attempted to confer with counsel for Plaintiff via electronic mail on January 22, 2026, seeking Plaintiff's position on the anticipated motion. Because counsel for Plaintiff have not yet had the opportunity to respond, Plaintiff's position on this motion is unknown.

Dated: January 22, 2026                     Respectfully submitted,

                                                   */s/ Andrew J. Vaden*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorney for the United States of America*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 25-3983 (TNM) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Drug Enforcement Administration's Motion to Extend Time to Respond, it is hereby ORDERED that DEA's motion is GRANTED. DEA shall respond to Plaintiff's Complaint by February 27, 2026.

SO ORDERED.

Dated: _____

TREVOR N. MCFADDEN
United States District Judge